**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6181**

_____

AUSTIN SKINNER,

                                          Plaintiff - Appellant,

        versus

NASEER MOBASHAR, Physician; B. C. ELLIOTT,
Psychiatrist; M. ALTIZER,

                                          Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-01-915-7)

_____

Submitted:  April 18, 2003          Decided:  May 29, 2003

_____

Before KING, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Austin Skinner, Appellant Pro Se.  Jim Harold Guynn, Jr., GUYNN &
MEMMER, P.C., Roanoke, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Austin Skinner appeals the district court's order dismissing with prejudice his claims under 42 U.S.C. § 1983 (2000), and dismissing without prejudice any and all state law claims implicated by the pleadings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Skinner v. Mobashar</u>, No. CA-01-915-7 (W.D. Va. Dec. 17, 2002). Skinner's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>